## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT FRIEDMAN, individually and on behalf of other similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>THE REAL ESTATE BOARD OF NEW YORK, INC., DOUGLAS ELLIMAN INC., CHRISTIE'S INTERNATIONAL REAL ESTATE LLC, CORCORAN GROUP LLC, SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC, BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC, SERHANT LLC, COMPASS, INC., NEST SEEKERS LLC, THE AGENCY IP HOLDING CO, LLC, d/b/a THE AGENCY RE, ELEGRAN LLC, ENGEL & VOLKERS NEW YORK REAL ESTATE LLC, R NEW YORK REAL ESTATE LLC, ANYWHERE REAL ESTATE INC., TERRA HOLDINGS, LLC and LESLIE J. GARFIELD & CO. INC.<br><br>*Defendants*. | Case No. 1:23-cv-09601<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Friedman hereby voluntarily dismisses this entire action without prejudice, each party to bear its own attorneys' fees and costs.

Date:  January 18, 2024	Respectfully submitted,

/s/ Steven L. Groopman

**BIENERT KATZMAN LITRELL WILLIAMS LLP**
Daniel Goldman
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (973) 476-5485
dgoldman@bklwlaw.com

**BERMAN TABACCO**

Steven L. Groopman
Steven J. Buttacavoli (*pro hac* forthcoming)
Kristie A. LaSalle (*pro hac* forthcoming)
Brooke E. Lowell
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
sgroopman@bermantabacco.com
sbuttacavoli@bermantabacco.com
klasalle@bermantabacco.com
blowell@bermantabacco.com

Todd A. Seaver (*pro hac* forthcoming)
Carl N. Hammarskjold (*pro hac* forthcoming)
425 California St, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com

*Counsel for Plaintiff*